IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Rachel A. Reda | : | Bankruptcy No. 16-21339-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Rachel A. Reda | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 22, 2016, at docket number 28, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 27, 2021          By:    /s/ Michael C. Eisen
                                    Michael C. Eisen, Esquire
                                    PA ID# 74523
                                    M. Eisen & Associates, P.C.
                                    404 McKnight Park Drive
                                    Pittsburgh, PA 15237
                                    412-367-9005
                                    attorneyeisen@yahoo.com

**PAWB Local Form 24 (07/13)**