Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Rachel A. Reda** | : | Case No. 16−21339−GLT |
| **aka Rachel Sobczak** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 90 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/21/21 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of May, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 90 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 10, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 21, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing.*

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rachel A. Reda  
    Debtor

Case No. 16-21339-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: May 26, 2021      Form ID: 604      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel A. Reda, 511 York Ave, Ellwood City, PA 16117-1466 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | US Bank Trust National Association, as Trustee of, 323 5th Street, Eureka, CA 95501-0305 |
| 14224386 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14224409 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14210100 | + | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14210102 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14210101 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14287447 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14276623 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15341295 | + | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15068432 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15074140 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14288131 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 15181064 | + | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street,, Eureka, CA 95501-0305 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14210099 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:40:13 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14271565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14210103 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:40:21 | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14210104 | + | Email/Text: cms-bk@cms-collect.com | May 27 2021 02:35:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14210105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:29 | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14210107 | | Email/Text: mrdiscen@discover.com | | |

Case 16-21339-GLT   Doc 95   Filed 05/28/21   Entered 05/29/21 00:44:44   Desc Imaged
Certificate of Notice   Page 3 of 4

District/off: 0315-2 | User: dbas | Page 2 of 3
Date Rcvd: May 26, 2021 | Form ID: 604 | Total Noticed: 34

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 27 2021 02:34:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14218064 | + | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14210106 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:36:25 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14210108 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2021 02:34:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14248283 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14210109 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:38:18 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14286212 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14214663 | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952627 | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15367288 | + | Email/Text: bknotices@snsc.com | May 27 2021 02:39:00 | U.S. Bank Trust National Association as Trustee of, the Bungalow Series IV Trust, C/o Sn Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14282941 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:38:25 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA |
| cr | | Federal National Mortgage Association |
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| 14225464 | *+ | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14225465 | *+ | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14225466 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14225467 | *+ | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14225468 | *+ | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14225469 | *+ | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14225471 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14225470 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14225472 | *+ | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14225473 | *+ | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14225474 | *+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |
| 15182460 | *+ | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street, Eureka, CA 95501-0305 |
| 14210110 | ##+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 5 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: 604 | Total Noticed: 34 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor MTGLQ INVESTORS L.P. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Joseph A. Dessoye | on behalf of Creditor Bank of America NA pawb@fedphe.com |
| Michael C. Eisen | on behalf of Debtor Rachel A. Reda attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

TOTAL: 9