**Form 614**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Rachel A. Reda** | : | Case No. 16−21339−GLT |
| **aka Rachel Sobczak** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Hearing Date: 7/21/21 at 11:00 AM |
| | : | Response Date: 7/10/2021 |

## ORDER SETTING STATUS CONFERENCE

      **AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

☑   *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

☐   *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 5/26/2021 [Doc. No. 91] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

    1. A status conference shall be held on **July 21, 2021 at 11:00 AM** in Zoom location, https://www.zoomgov.com/j/ , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 7/10/2021.

    2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: May 26, 2021

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-21339-GLT
Rachel A. Reda                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dbas                                                    Page 1 of 2
Date Rcvd: May 26, 2021                   Form ID: 614                                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel A. Reda, 511 York Ave, Ellwood City, PA 16117-1466 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor MTGLQ INVESTORS  L.P. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Joseph A. Dessoye | on behalf of Creditor Bank of America  NA pawb@fedphe.com |
| Michael C. Eisen | |

on behalf of Debtor Rachel A. Reda attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
　　　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com


TOTAL: 9