**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RACHEL A. REDA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:16-21339<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/07/2016 and confirmed on 6/16/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,972.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,972.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 3,562.58 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,062.58 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE BUNGAL( | 0.00 | 25,741.69 | 0.00 | 25,741.69 |
|     Acct: 9626 | | | | |
|   MTGLQ INVESTORS LP | 0.00 | 29,660.84 | 0.00 | 29,660.84 |
|     Acct: 0747 | | | | |
|   MTGLQ INVESTORS LP | 1,586.93 | 1,586.93 | 0.00 | 1,586.93 |
|     Acct: 0747 | | | | |
|   US BANK TRUST NA - TRUSTEE BUNGAL( | 1,087.94 | 1,087.94 | 0.00 | 1,087.94 |
|     Acct: 9626 | | | | |
| | | | | 58,077.40 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RACHEL A. REDA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 2,410.86 | 493.98 | 0.00 | 493.98 |
|     Acct: 9339 | | | | |
|   AMERICAN EXPRESS BANK FSB | 15,430.91 | 3,161.70 | 0.00 | 3,161.70 |
|     Acct: 3008 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 524.08 | 107.38 | 0.00 | 107.38 |
|     Acct: 1003 | | | | |
|   BANK OF AMERICA NA** | 2,503.06 | 512.87 | 0.00 | 512.87 |
|     Acct: 8703 | | | | |
|   WORLDS FOREMOST BANK - CABELAS C | 6,036.65 | 1,236.88 | 0.00 | 1,236.88 |
|     Acct: 8709 | | | | |
|   DISCOVER BANK(*) | 5,355.83 | 1,097.38 | 0.00 | 1,097.38 |
|     Acct: 4371 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

16-21339     Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1421 | | | | |
|      JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1829 | | | | |
|      JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5980 | | | | |
|      DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6905 | | | | |
|      DISCOVER BANK(*) | 4,029.33 | 825.59 | 0.00 | 825.59 |
|     Acct: 9081 | | | | |
|      CAPITAL ONE NA** | 198.71 | 40.72 | 0.00 | 40.72 |
|     Acct: 4209 | | | | |
|      BILL ME LATER INC A/S/F SYNCHRONY B/ | 1,354.86 | 277.60 | 0.00 | 277.60 |
|     Acct: 9235 | | | | |
|      QUANTUM3 GROUP LLC - AGENT COMEN | 380.26 | 77.92 | 0.00 | 77.92 |
|     Acct: 5644 | | | | |
|      PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|      STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|      SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|      KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 7,832.02 |

TOTAL PAID TO CREDITORS                                                                          65,909.42

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 2,674.87 |
| UNSECURED | 38,224.55 |

Date: 05/25/2021                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RACHEL A. REDA

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-21339

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   
Rachel A. Reda  
    Debtor

Case No. 16-21339-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: May 26, 2021      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel A. Reda, 511 York Ave, Ellwood City, PA 16117-1466 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | US Bank Trust National Association, as Trustee of, 323 5th Street, Eureka, CA 95501-0305 |
| 14224386 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14224409 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14210100 | + | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14210102 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14210101 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14287447 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14276623 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15341295 | + | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15068432 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15074140 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14288131 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 15181064 | + | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street,, Eureka, CA 95501-0305 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:38:38 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14210099 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:36:20 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14271565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14210103 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:29 | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14210104 | + | Email/Text: cms-bk@cms-collect.com | May 27 2021 02:35:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14210105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:29 | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14210107 | | Email/Text: mrdiscen@discover.com | | |

Case 16-21339-GLT   Doc 97   Filed 05/28/21   Entered 05/29/21 00:44:44   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 27 2021 02:34:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14218064 | + | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14210106 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:36:25 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14210108 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2021 02:34:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14248283 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14210109 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:40:13 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14286212 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14214663 | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952627 | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15367288 | + | Email/Text: bknotices@snsc.com | May 27 2021 02:39:00 | U.S. Bank Trust National Association as Trustee of, the Bungalow Series IV Trust, C/o Sn Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14282941 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:38:25 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA |
| cr | | Federal National Mortgage Association |
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| 14225464 | *+ | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14225465 | *+ | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14225466 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14225467 | *+ | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14225468 | *+ | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14225469 | *+ | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14225471 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14225470 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14225472 | *+ | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14225473 | *+ | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14225474 | *+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |
| 15182460 | *+ | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street, Eureka, CA 95501-0305 |
| 14210110 | ##+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 5 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 34 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

**Name**    **Email Address**

Andrew M. Lubin
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com bkecf@milsteadlaw.com

Brian Nicholas
on behalf of Creditor MTGLQ INVESTORS L.P. bnicholas@kmllawgroup.com

Heather Stacey Riloff
on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com

Jeniece D. Davis
on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com

Joseph A. Dessoye
on behalf of Creditor Bank of America NA pawb@fedphe.com

Michael C. Eisen
on behalf of Debtor Rachel A. Reda attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 9