| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rachel A. Reda** | Social Security number or ITIN  xxx−xx−1463 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16−21339−GLT** | |

# Order of Discharge                                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rachel A. Reda
aka Rachel Sobczak

<u>7/12/21</u>                                                    **By the court:**        <u>Gregory L. Taddonio</u>
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                     Case No. 16-21339-GLT

Rachel A. Reda                                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                    User: aala                                                          Page 1 of 4

Date Rcvd: Jul 13, 2021                                        Form ID: 3180W                                       Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel A. Reda, 511 York Ave, Ellwood City, PA 16117-1466 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | US Bank Trust National Association, as Trustee of, 323 5th Street, Eureka, CA 95501-0305 |
| 14287447 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15341295 | + | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15068432 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15074140 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14288131 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 15181064 | + | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street,, Eureka, CA 95501-0305 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: bncmail@w-legal.com | Jul 13 2021 23:14:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14224386 | EDI: BECKLEE.COM | Jul 14 2021 03:13:00 | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14224409 | EDI: BECKLEE.COM | Jul 14 2021 03:13:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |

Case 16-21339-GLT    Doc 100    Filed 07/15/21    Entered 07/16/21 00:31:30    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: aala | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 14210099 | + | EDI: RMSC.COM | Jul 14 2021 03:13:00 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14210100 | + | EDI: AMEREXPR.COM | Jul 14 2021 03:13:00 | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14210102 | | EDI: BANKAMER.COM | Jul 14 2021 03:13:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14210101 | + | EDI: BANKAMER.COM | Jul 14 2021 03:13:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14271565 | + | EDI: WFNNB.COM | Jul 14 2021 03:13:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14210103 | + | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14210104 | + | Email/Text: cms-bk@cms-collect.com | Jul 13 2021 23:14:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14276623 | | EDI: BL-BECKET.COM | Jul 14 2021 03:13:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14210105 | + | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14210107 | | EDI: DISCOVER.COM | Jul 14 2021 03:13:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14218064 | + | EDI: DISCOVER.COM | Jul 14 2021 03:13:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14210106 | | EDI: JPMORGANCHASE | Jul 14 2021 03:13:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14210108 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2021 23:14:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14248283 | + | EDI: MID8.COM | Jul 14 2021 03:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14210109 | + | EDI: RMSC.COM | Jul 14 2021 03:13:00 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14286212 | | EDI: Q3G.COM | Jul 14 2021 03:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14214663 | | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952627 | + | Email/Text: bncmail@w-legal.com | Jul 13 2021 23:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15367288 | + | Email/Text: bknotices@snsc.com | Jul 13 2021 23:14:00 | U.S. Bank Trust National Association as Trustee of, the Bungalow Series IV Trust, C/o Sn Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14282941 | | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA |

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 36 |

| | | |
|---|---|---|
| cr | | Federal National Mortgage Association |
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | MTGLQ Investors, L.P. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| 14225464 | *+ | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14225465 | *+ | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14225466 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14225467 | *+ | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14225468 | *+ | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14225469 | *+ | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14225471 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14225470 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14225472 | *+ | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14225473 | *+ | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14225474 | *+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |
| 15182460 | *+ | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street, Eureka, CA 95501-0305 |
| 14210110 | ##+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 6 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor MTGLQ INVESTORS  L.P. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Joseph A. Dessoye | on behalf of Creditor Bank of America  NA pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor MTGLQ Investors  L.P. mmiksich@kmllawgroup.com |
| Michael C. Eisen | on behalf of Debtor Rachel A. Reda attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: aala      Page 4 of 4
Date Rcvd: Jul 13, 2021      Form ID: 3180W      Total Noticed: 36

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 10