**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/12/21 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RACHEL A. REDA

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-21339

Chapter 13

Related to Docket No. 90

ORDER OF COURT

AND NOW, this  12th Day of July, 2021         , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

jjb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-21339-GLT
Rachel A. Reda  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3
Date Rcvd: Jul 13, 2021      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel A. Reda, 511 York Ave, Ellwood City, PA 16117-1466 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | US Bank Trust National Association, as Trustee of, 323 5th Street, Eureka, CA 95501-0305 |
| 14224386 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14224409 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14210100 | + | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14210102 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14210101 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14287447 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14276623 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15341295 | + | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15068432 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 15074140 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14288131 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 15181064 | + | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street,, Eureka, CA 95501-0305 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:36 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 13 2021 23:14:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14210099 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 23:25:40 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14271565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 23:14:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14210103 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:36 | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14210104 | + | Email/Text: cms-bk@cms-collect.com | Jul 13 2021 23:14:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14210105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:36 | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14210107 | | Email/Text: mrdiscen@discover.com | | |

Case 16-21339-GLT   Doc 101   Filed 07/15/21   Entered 07/16/21 00:31:30   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 13 2021 23:14:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14218064 | + | Email/Text: mrdiscen@discover.com | Jul 13 2021 23:14:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14210106 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 23:25:43 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14210108 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2021 23:14:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14248283 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2021 23:14:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14210109 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 23:25:41 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14286212 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2021 23:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14214663 | | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:29 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952627 | + | Email/Text: bncmail@w-legal.com | Jul 13 2021 23:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15367288 | + | Email/Text: bknotices@snsc.com | Jul 13 2021 23:14:00 | U.S. Bank Trust National Association as Trustee of, the Bungalow Series IV Trust, C/o Sn Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14282941 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:29 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA |
| cr | | Federal National Mortgage Association |
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | MTGLQ Investors, L.P. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| 14225464 | *+ | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14225465 | *+ | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 14225466 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14225467 | *+ | Cabela's Club, PO Box 82519, Lincoln, NE 68501-2519 |
| 14225468 | *+ | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14225469 | *+ | Capital One/Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14225471 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14225470 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14225472 | *+ | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14225473 | *+ | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14225474 | *+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |
| 15182460 | *+ | US Bank Trust National Association,, as Trustee of FW Series I Trust, 323 5th Street, Eureka, CA 95501-0305 |
| 14210110 | ##+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 6 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor MTGLQ INVESTORS  L.P. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Joseph A. Dessoye | on behalf of Creditor Bank of America  NA pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor MTGLQ Investors  L.P. mmiksich@kmllawgroup.com |
| Michael C. Eisen | on behalf of Debtor Rachel A. Reda attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

TOTAL: 10